HOWARD W. HAMPTON et al., complainants,

*v.*

JOSEPH I. LEVY, defendant.

[Determined June 26th, 1924.]

On bill for relief.   On order to show cause.

*Messrs. Bourgeois & Coulomb,* for the complainants.

*Mr. Carllon Godfrey* and *Mr. William I. Garrison,* for the defendant.

Court of Chancery—Workman v. Ralwech Realty Corp.

INGERSOLL, V. C.

The order to show cause heretofore granted in this matter will be made absolute, upon the condition that Hampton execute and deliver to Levy a bond in sufficient security condition for the payment of the amount due, or which may hereafter become due, by virtue of a lease made by said Levy and one Howard W. Hampton, the payment of which was guaranteed by Nicholas G. Hampton. Said bond to be approved as to its form and sufficiency by a special master of this court.